SAO
**MATTHEW Q. CALLISTER, ESQ.**
State Bar No.1396
mqc@call-law.com
**CARL E.G. ARNOLD, ESQ.**
State Bar No. 8358
carnold@call-law.com
**CALLISTER + ASSOCIATES, LLC.**
823 Las Vegas Boulevard South, Fifth Floor
Las Vegas, Nevada 89101
(702) 385-3343
Counsel for Defendant

**U.S. DISTRICT COURT**

**DISTRICT OF NEVADA**

TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,

Plaintiff,

v.

SIX STAR CLEANING & CARPET SERVICE, INC., a Nevada corporation also known as SIX STAR JANITORIAL,

Defendants.

Case No. 2:10-CV-00239

**STIPULATION AND ORDER TO DISMISS THE DEFENDANT/COUNTER-CLAIMANT'S COUNTERCLAIMS WITHOUT PREJUDICE**

---

Plaintiffs, TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY

CALLISTER + ASSOCIATES, LLC.
823 Las Vegas Blvd., South
Fifth Floor
Las Vegas, Nevada 89101
(702) 385-3343

T:\Phillips,Rosemary\Pleadings\SAO to Dismiss CCs.wpd

AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST (hereinafter "Plaintiffs") and Defendant, SIX STAR CLEANING & CARPET SERVICE, INC (hereinafter "Defendant"), by and through their undersigned counsel hereby agree and stipulate that the Defendant/Counter-Claimant's Counterclaims filed against the Plaintiffs on April 14, 2010, be ***dismissed without prejudice.***

DATED: this 27th day of May, 2010.

By: /s/ Matthew Q. Callister
**CALLISTER + ASSOCIATES, LLC.**
**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 001396
823 Las Vegas Blvd. So., Fifth Floor
Las Vegas, NV 89101

DATED: this 27th day of May, 2010.

By: /s/ Xanna R. Hardman
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
**XANNA R. HARDMAN, ESQ.**
Nevada Bar No. 006120
100 City Parkway, Ste. 1600
Las Vegas, NV 89106-4614

**ORDER**

**IT IS SO ORDERED.**

DATED: this 18th day of June, 2010.

Roger L. Hunt
**UNITED STATES DISTRICT JUDGE**