UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; *et al.*,<br><br>        Plaintiff,<br><br>vs.<br><br>SIX STAR CLEANING & CARPET SERVICE, INC., etc., *et al.*,<br><br>        Defendant. | 2:10-cv-239-RLH-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on November 30, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this   15th   day of October, 2010.

                                                                                 ROBERT J. JOHNSTON<br>                                                                                 United States Magistrate Judge