Adam P. Segal, Esq.
Nevada Bar No. 6120
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> SIX STAR CLEANING & CARPET SERVICE, INC., a Nevada corporation also known as SIX STAR JANITORIAL, <br><br> Defendant. | CASE NO. 2:10-cv-00239-RLH-RJJ <br><br><br> **STIPULATED/CONSENT JUDGMENT** |

Six Star Cleaning & Carpet Service, Inc. ("Employer"), hereby stipulates and consents to entry of judgment in favor of Plaintiffs, Trustees of the Construction Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and Laborers Joint Pension Trust; Trustees of the Construction Industry and Laborers Vacation Trust and Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively "Trust Funds"), and against Employer in the total sum of $599,358 for delinquent employee benefit contributions, liquidated damages, interest, and attorney's fees and costs.

The parties have stipulated, and therefore the Court finds:

1. Employer is signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the Laborers International Union of North America, Local No. 872 ("Union"), in which Employer agreed to abide by the trust agreements establishing the respective Trust Funds and any amendments thereto ("Trust Agreements").

2. Under the CBA and the Trust Agreements, Employer is obligated to pay employee benefit contributions to the Trust Funds on behalf of Employer's bargaining unit employees represented by the Union.

3. Based on remittance reports prepared and submitted by Employer for the months of December 2009 through October 2010, and a contract compliance review ("Audit") for the period June 2005 through December 2008, Employer owes the Trust Funds delinquent employee benefit contributions and resulting ancillary costs described in the next paragraph. This Judgment shall have no preclusive effect, through res judicata, collateral estoppel, or any similar doctrine, as to any other time period. Without limiting the foregoing, the parties specifically acknowledge that an Audit for the time period after December 2008 has not been completed, and that Employer has not submitted remittance reports for any time period after October 2010, claims based on both of which are specifically preserved.

4. Employer owes the Trust Funds $250,058 in unpaid employee benefit contributions, past interest of $74,479 (through Dec. 31, 2010), liquidated damages of $227,415, past Audit fees of $4,906, and past attorney's fees of $37,500, for a total of $594,358.

5. In addition, in the event this judgment must be executed, the Trust Funds will incur additional fees and costs determined by the parties to be at least $5,000, which are therefore included herein.

6. This Stipulated/Consent Judgment is entered into by and between Employer and the Trust Funds for employee benefit contributions and related interest, costs and liquidated damages owed to the Trust Funds by Employer pursuant the Employee Retirement Income Security Act of 1974.

| | |
|---|---|
| ~~December~~ 1/3/11, 2010. | December 23, 2010. |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | LITTLER MENDELSON |
| /s/ Adam P. Segal | /s/ James T. Winkler |
| Adam P. Segal<br>Nevada Bar No. 6120<br>100 N. City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135 | James T. Winkler, Esq.<br>Nevada Bar No. 6536<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, Nevada 89169-5937<br>Telephone: (702) 862-8800<br>Facsimile: (702) 862-8811 |
| Attorneys for the Trust Funds | Attorneys for Six Star Cleaning & Carpet Service, Inc. |

## JUDGMENT

Judgment is hereby entered against Six Star Cleaning & Carpet Service, Inc. and in favor of the Trust Funds in the amount of $599,358.

Dated this 4th day of January, 2011.

_____
Roger L. Hunt
CHIEF UNITED STATES DISTRICT JUDGE

20052\256\1474952.1                                      3