**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
                  nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SIX STAR CLEANING & CARPET SERVICE, INC., a Nevada corporation also known as SIX STAR JANITORIAL,<br><br>Defendant. | Case No. 2:10-cv-00239-RLH-RJJ<br><br><br><br><br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** |

/ / /

/ / /

/ / /

/ / /

The Urban Law Firm
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

Pursuant to Local Rule IA 10-6(c), Plaintiffs, through their counsel of record Adam P. Segal, Esq. of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and respectfully request that the Court allow the withdrawal of Adam P. Segal, Esq., Andrew S. Brignone, Esq., and Bryce C. Loveland, Esq. of Brownstein Hyatt Farber Schreck, LLP and substitution of Michael A. Urban, Esq, Nathan R. Ring, Esq., and Seth T, Floyd, Esq., of The Urban Law Firm as counsel of record for Plaintiffs.

Dated: December 27, 2016

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Adam Segal
Adam Segal, Esq., Nevada Bar No. 6120
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorneys for Plaintiffs*

Dated: December 27, 2016

**THE URBAN LAW FIRM**

/s/ Nathan R. Ring
Michael A. Urban, Esq., Nevada Bar No. 3875
Nathan R. Ring, Esq. Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088

*Substituting Attorney for Plaintiffs*

Dated: December 27, 2016

/s/ Thomas White
Thomas White, Chairman
Laborers Joint Trust Funds
2345 Red Rock Street, Suite 300
Las Vegas, NV 89146
Telephone: (702) 318-6760
Facsimile: (702) 318-6761

*On behalf of the Plaintiffs*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 9th day of June, 2017.

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of The Urban Law Firm and that on this 27th day of December, 2016, I served a true copy of the foregoing **STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** upon the following parties:

A. Via the Court's CM/ECF filing system:

Adam P. Segal
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

Bryce C. Loveland
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89149

Andrew S. Brignone
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89149

B. By First Class Mail, Postage paid to:

Six Star Cleaning and Carpet Services, Inc.
7345 South Durango, Suite 107-151
Las Vegas, NV 89113
*Judgment Debtor*

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ *April Denni*
An Employee of The Urban Law Firm